C. A. KELLOGG PRINTING PRESS CO., INC., Appellant, v. NELSON E. FUNK, Respondent.— Motion for stay granted, on condition that the appeal be argued on December 12, 1924; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

CRANE COMPANY, Respondent, v. COUNTRY HOME CONSTRUCTION CO., INC., Defendant. UNION INDEMNITY COMPANY, Appellant.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

LENA KLAIBER, Respondent, v. M. G. BABCOCK COMPANY, Appellant.— Motion to vacate order dismissing appeal granted, on condition that appellant perfect the appeal for the January, 1925, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

THOMAS F. POWELL, as President of Local Union No. 299 of the City of White Plains, and Another, Respondents, v. UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS OF UNITED STATES AND CANADA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES P. CLARK, Relator, v. MAURICE E. CONNOLLY, as President of the Borough of Queens, City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

WILLIAM EDWARD SAUNDERS, Respondent, v. M. P. SMITH & SONS CO., INC., Appellant.— Motion for stay denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

RALPH SPICCIATI, an Infant, by JOHN SPICCIATI, His Guardian ad Litem, Respondent, v. GRAND CENTRAL PACKARD RENTING COMPANY, INC., Appellant. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.